**A.Y. STRAUSS LLC**
Eric H. Horn, Esq.
Heike M. Vogel, Esq.
James P. Mansfield, Esq.
535 Fifth Avenue, 4th Floor
New York, New York 10017
Tel. (973) 287-5006
Fax (973) 226-4104

*Proposed Counsel to the Debtor and
Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Cottonwood Vending LLC, | Case No. 1-23-_____ (\_\_\_) |
| Debtor. | |

**DECLARATION OF ANIELLO ZAMPELLA PURSUANT TO FEDERAL
BANKRUPTCY RULE 1007 AND LOCAL BANKRUPTCY RULE 1007-4 IN SUPPORT
OF THE DEBTOR'S CHAPTER 11 PETITION**

**Aniello Zampella**, being duly sworn this 24th day of August 2023, deposes and says under penalty of perjury:

1. I am the sole member of Cottonwood Vending LLC, the above-captioned debtor and debtor-in-possession (the "***Debtor***"). In my capacity as sole member of the Debtor, I am familiar, generally, with the business affairs of the Debtor and understand the facts set forth herein – unless stated to be upon information and belief. I am authorized to make this affidavit on behalf of the Debtor.

2. I submit this declaration (i) in support of the Debtor's petition for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"), (ii) to assist the

Bankruptcy Court and other interested parties in understanding the circumstances giving rise to the commencement of this chapter 11 case, and (iii) to provide general information about the Debtor's business operations.

## RELEVANT BACKGROUND

3. On August 24, 2023, (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4. The Debtor continues in possession of its property and the management of its business affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

5. No trustee, examiner or statutory committee has been appointed.

**A. The Debtor's Ownership and Directors**

6. I, Aniello Zampella, own 100% of the Debtor.

7. The Debtor's EIN is 47-4236068.

8. The Debtor's independent manager is Glenn Langberg, who was hired shortly prior to the Petition Date. Mr. Langberg will be charged with making company decisions where I would otherwise be conflicted and which I would not be in a position to make.

**B. The Debtor's Business**

9. The Debtor was organized on May 14, 2015, as a limited liability company ("LLC") in the State of Texas and reorganized as an LLC in the State of New York on June 2, 2016. I am the Debtor's founder.

10. The Debtor was founded to provide the largest network of bitcoin ATM kiosks in the greater New York area. Bitcoin is a type of virtual currency or cryptocurrency that can be purchased on certain digital asset trading platforms.

11. The Debtor's business model was to set up ATM kiosks, through which customers could buy and sell bitcoin for cash, throughout the greater New York metro area. To sell bitcoin, a customer would receive a unique QR code for a new public address for Cottonwood's bitcoin wallet, or unique bitcoin deposit address. The customer would then transfer the bitcoin he or she wanted to convert to cash from the customer's wallet to the deposit address that was shown, and the ATM kiosk would dispense cash to the customer after the transaction was confirmed. To purchase bitcoin, a customer would deposit cash into the ATM kiosks and receive the equivalent amount of bitcoin, deposited in either the customer's existing bitcoin wallet or a newly created "paper wallet" with private keys to access the customer's bitcoin on the Bitcoin network. To earn gross revenues, Cottonwood relied on the differences in bitcoin exchange rates on its transactions with customers and online cryptocurrency exchanges.

12. After the Debtor was founded, I loaned 763.433 of my own bitcoin (the "*Initial Bitcoin Deposit*") to the Debtor, and the loan was memorialized in a promissory note dated June 16, 2017, attached hereto as **Exhibit A**. This allowed the Debtor to begin operations. In December 2017, I withdrew 180 bitcoin from Debtor's bitcoin holdings, which had not been used in inventory, as a partial repayment to me according to the promissory note. In late October 2021, I withdrew 105 bitcoin from one of the Debtor's wallets as a partial repayment to me, pursuant to the promissory note, after the Debtor was subject to a hack that left its bitcoin vulnerable to theft.

13. I have remained the Debtor's sole owner throughout its entire life. Historically, the Debtor has primarily relied on revenue generated from its ATM kiosks to fund its operations.

14. At its inception in 2015, the Debtor applied for BitLicense, which is a specific license required for virtual currency business activity in New York by the New York Department of Financial Services ("NYDFS"). The Debtor's application was approved in 2019 and it still holds

a BitLicense as of this date. However, the Debtor has not been operational since late October 2021 due to security vulnerabilities. As a result, it has fallen delinquent in its compliance obligations, and the current status of the BitLicense is delinquent according to the NYDFS.

15. The Debtor relies on software to operate its ATM kiosks. At its inception, the Debtor used software developed by a third-party company, Genesis Coin Inc ("Genesis"), supplemented by software developed by me. For all transactions processed through the software on Debtor's ATM kiosks, Genesis charged a software license fee equal to 1% of the value of the transaction. Because of limitations with Genesis's software, in 2019, I eventually developed my own ATM operations software for the Debtor's ATM kiosks to replace Genesis' software. I developed the software through a Puerto Rican company that I own named Coindado LLC ("Coindado"). Around June 2020, the Debtor ceased using Genesis' ATM operations software, and began paying Coindado software license fee equal to 5% of the value of each transaction processed through the Debtor's ATM kiosks.

16. In order to place its ATM kiosks at locations, Debtor had to enter into host fee agreements with various property owners throughout the greater New York area. As of October 26, 2021, when Debtor shut down its ATM kiosks and they became inactive, there were 91 ATM kiosks at various host locations throughout the greater New York area.

C. **The Debtor's Ongoing Litigation**

17. *Secure Card Management LLC v. Cottonwood Vending, LLC, et al.*: Secure Card Management LLC ("SCM") seeks damages for Cottonwood's termination of the profit-sharing agreement between the parties. The case is in the early stages of litigation, and no discovery has taken place yet. The following is a summary of the relevant facts and allegations: In 2017, SCM and Cottonwood agreed that SCM would provide ATM kiosk placement and maintenance services

to Cottonwood, in exchange for a share in Cottonwood's profits from ATM kiosks placed and serviced by SCM. When SCM failed to fulfill its contractual obligations, Cottonwood terminated its agreement with SCM. SCM seeks recovery under quasi-contract theories of liability.

18. *Adam Sherman v. Aniello Zampella, et al*.: Adam Sherman ("Sherman"), Cottonwood's former part-time W-2 employee, seeks a declaration that he owns 9.9% of Cottonwood and Cottonwood's dissolution to force the buyout of Sherman's alleged share. Sherman also alleges various derivative claims on behalf of Cottonwood against me. The case is ongoing, with discovery completed as of August 11, 2023. No Note of Issue has been filed. The following is a summary of the relevant facts and allegations: In 2017, I hired Sherman part-time to help me write software code for Cottonwood's ATMs, based on Sherman's representations of his software development skills and industry connections to help the Debtor with its software development efforts and overcome regulatory hurdles. The parties discussed the possibility of Sherman being allocated equity in the Debtor but never reached an agreement. Following unsuccessful attempts to sell Cottonwood and shortly before the Debtor's suspension of its operations, Sherman filed the lawsuit alleging ownership of Cottonwood and seeking to dissolve it and appoint a receiver to wind up its affairs or ordering me to buy Sherman out, as well as alleging derivative claims against me on behalf of Cottonwood.

19. *Robert Taylor v. Aniello Zampella, et al.*: Robert Taylor ("Taylor") alleges breach of oral agreement to form a joint venture with Cottonwood and various causes of action arising out of the alleged breach. He is also claiming he is entitled to one-third (1/3) ownership of the Debtor. The case is ongoing, and the parties have commenced document discovery. Presently, the parties have briefed discovery-related motions, which are scheduled for oral argument on September 25, 2023. The following is a summary of the relevant facts and allegations: Taylor,

together with me and co-defendants Russo and Basmaji, formed Blue Tree Management LLC ("Blue Tree") to service and maintain Cottonwood's bitcoin ATMs. In early 2016, when the working relationship between Taylor and Russo deteriorated to the point of making it impossible for Blue Tree to continue operating, the majority of Blue Tree shareholders voted to terminate its services agreement with Cottonwood and offered distribution of assets to buy out Russo and Taylor. Taylor never accepted the offer and instead began to operate his own bitcoin ATMs, without license in violation of various money transmitter laws, for which he was arrested and indicted in April 2022, shortly after filing his lawsuit against Cottonwood and me. Taylor alleges damages from allegedly improper termination of the services agreement between Blue Tree and Cottonwood. He is also claiming he is entitled to a one-third (1/3) ownership interest in the Debtor.

20. *Jason Penner v. Aniello Zampella, et al.*: This case is in the early stages of litigation, and no discovery has taken place yet. The following is a summary of the relevant facts and allegations: Jason Penner ("Penner"), my former roommate, filed a copycat lawsuit against me after Sherman's lawsuit gained traction, seeking a declaration that Penner owns 9.9% of Cottonwood and Cottonwood's dissolution to force the buyout of Penner's alleged share. I filed counterclaims against Penner, alleging interference with prospective business relationships, fraud and negligent misrepresentation, and abuse of process. Plaintiff's motion to dismiss counterclaims has been fully briefed and argued. No discovery has taken place.

**D. Events Leading to Debtor's Bankruptcy**

21. In October 2021, Debtor shut down its ATM kiosks and suspended its operations following a security breach of the Debtor's cloud-hosting provider DigitalOcean. As a result of the breach, the Debtor suffered a loss of 91.53446951 bitcoin. Although DigitalOcean admitted its

fault for the breach, DigitalOcean did not remunerate the Debtor for its loss. As a result, the Debtor shut down its ATMs to avoid exposure to any future security breaches and losses of funds, as well as the risk that its customers' confidential information could become compromised.

22. After paying all operating expenses and obligations, the Debtor mothballed operations by December 21, 2021. In 2021, the Debtor returned 105 bitcoin to me, pursuant to the terms of the promissory note. As of December 31, 2021, the Debtor's operations were mothballed.

### E. Goals of Chapter 11

23. During the course of the chapter 11 case, the Debtor is seeking to explore all strategic alternatives in an attempt to maximize value for all its stakeholders. In that regard, the Debtor plans on commencing a proceeding against DigitalOcean to recover the 91.53446951 bitcoin stolen from the Debtor, which, as of the date of the loss, was valued at approximately $5,700.000.

24. Additionally, during the chapter 11 process, the Debtor is exploring strategic alternatives related to its BitLicense, including considering pursuing a sale of the license under Bankruptcy Code section 363.

25. The Debtor believes that from those proceeds, creditors should obtain a meaningful distribution in this case.

### F. Unsecured Claims

26. The following are all of the holders of general unsecured claims against the Debtor.

27. Secure Card Management LLC, 3342 9th St, Queens, NY 11106, (718) 717-7149, ℅ Abe Ayesh, abe@atmw.com. Amount of claim is unspecified and alleged to be in excess of

$500,000. This claim is contingent, unliquidated, disputed and subject to the result of the litigation described above.

28. Adam Sherman, 149 W 24th Street, apt. 4C, New York, New York 10011, (914) 204-0078, Adam.R.Sherman@gmail.com. Amount of claim is equal to fair value of 9.9% of the fair value of the Debtor. This claim is contingent, unliquidated, disputed and subject to the result of the litigation described above.

29. Robert Taylor, 3860 Nautilus Ave, Brooklyn NY 11224, (917) 370-6168, robertetaylor@gmail.com. Amount of claim is unspecified and alleged to be in excess of $500,000. This claim is contingent, unliquidated, disputed and subject to the result of the litigation described above.

30. Jason Penner, 150 E 44th Street, apt. 51C, New York, NY 10017, (917) 697-3587, Jasonkpenner@gmail.com. Amount of claim is equal to fair value of 25% of the fair value of the Debtor. This claim is contingent, unliquidated, disputed and subject to the result of the litigation described above.

31. I, Aniello Zampella, 103 Avenue de Diego, apt. 1807, San Juan, PR 00911, (201) 344-4848, anielloaniello@gmail.com, am also an unsecured creditor for approximately 478.443 bitcoin plus interest of the Initial Bitcoin Deposit that remains outstanding pursuant to the terms of the promissory note I entered into with the Debtor.

   **G. Secured Claims**

32. Aniello Zampella, 103 Avenue de Diego, apt. 1807, San Juan, PR 00911, (201) 344-4848, anielloaniello@gmail.com, is owed $570,829.00 on account of a loan to the Debtor prior to the petition date to fund attorney's fees and related professional fees and filings costs.

   **I. The Debtor's Property**

34. The only property the Debtor owns are its ATM kiosks. A list of their last-known locations and serial numbers of the ATMs are attached at **Exhibit B.**

### J. Insurance Policies

35. The Debtor has no insurance policies.

### K. Schedule of Debtor's Bank Accounts

36. The Debtor has no bank accounts.

### L. Miscellaneous

37. The Debtor is not a small business debtor within the meaning of 11 U.S.C. § 101(51D).

38. The Debtor is not a single asset real estate debtor within the meaning of 11 U.S.C. § 101(51B).

39. There are no classes of stock, debentures, or other securities of the Debtor that are publicly held.

40. The Debtor neither owns, leases, nor holds any premises.

41. The Debtor has no employees.

42. The Debtor does not have any plan to pay any officers, directors, or members for the 30-day period following the filing of its Chapter 11 petition, and it does not plan on retaining a financial or business consultant.

43. The Debtor does not expect, during the 30-day period following the filing of its Chapter 11 petition, receiving any cash receipts and disbursements, incurring any net cash gain or loss, incurring any obligations, and accruing any unpaid receivables.

44. Prior to filing its 2017 tax return, the tax professional that the Debtor primarily worked with passed away. At the time, he was the only tax professional the Debtor had a

relationship with. The Debtor retained a new accountant who filed the Debtor's 2017 return. However, the new accountant was not familiar with the Debtor's business and did not have the benefit of communicating with the Debtor's former accountant due to his passing. Therefore, the Debtor's earlier federal tax returns contained several errors.

45. The Debtor mistakenly filed its 2021 federal tax return as the final tax return for the business. This was a clear error as the Debtor wants to pursue litigation against DigitalOcean and is seeking to sell its BitLicense, which requires that the Debtor remain an active business. The Debtor has retained a new tax professional, Eugene Burshtein, and his firm to resolve this error.

*/s/ Aniello Zampella*
_____
Aniello Zampella

# Exhibit A

# PROMISSORY NOTE

New York, New York

Date: 6/16/17

      For value received, the undersigned jointly and severally agrees and promises to pay to the order of Aniello Zampella, the total of __763.4330__ units of bitcoin with interest thereon at the rates as set forth below:

| | | |
|---|---|---|
| January 2016 | .75% | 150.0000 BTC |
| February 2016 | .81% | 125.0000 BTC |
| March 2016 | .65% | 95.6500 BTC |
| April 2016 | .70% | 392.7830 BTC |

      The indebtedness evidenced by this note must be paid in whole and payback shall be in BTC units.

      Each maker and endorser waives presentment, protest, notice of protest and notice of dishonor and agrees to pay reasonable attorneys' fees and expenses in the enforcement of this note prior or subsequent to judgment and in any and all trial and appellate tribunals, whether suit be brought or not if, after maturity of this note or default, counsel shall be employed to collect this note.

COTTONWOOD VENDING

_____ (SEAL)

Print name: _____Aniello Zampella_____

6.28.2017

STEVEN BOGUSLAVSKY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6260692
Qualified In New York County
My Commission Expires 04-30-2020

# **Exhibit B**

| Machine ID | Location | Location Phone | Contact | Address | CIT Day | EIN | Serial Number | OptConnect | S&G Serial | Payment Info | ACH | Notes | Rent Amt | CIT Cost | CIT Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S1-CWV-001 | Harlem | 917-697-3587 | Marc | 2350 Frederick Douglass Blvd, New York, NY 10 | 1 | 46-1470753 | TYKA000052 | | | Apollo Deli Fruit 1 Corp  Routing capital one: 021407912  Acct: 752896546 | | | 1000 | 114.1861 | 165.25 |
| S1-CWV-002 | Sheepshead Bay | 718-676-1471 | Yuri | 1424 Sheepshead Bay Rd, Brooklyn, NY 11235 | 4 | 47-1208762 | TYKA000055 | | | Cleotilde Perez  Routing BoA 021000322  Acct: 483082716395 | | | 700 | 114.1861 | 130.5 |
| S1-CWV-003 | Bronx Barber | 917-667-9099 | Peter | 106 E 167th St, Bronx, NY 10452 | 2 | 20-8966986 | TYKA000049 | 958678 | | Brenda Owusu Achau  Apple Bank  Acct: 1544002205 | | | 700 | 114.1861 | 125.25 |
| S1-CWV-004 | Ralph | 347-425-1367 | Manny | 689 Ralph Ave, Brooklyn, NY 11212 | 3 | 47-5496785 | TYKA000050 | | | 3rd Gen Food Market Corp  Routing TD: 026013673  Acct: 4366640188 | | | 500 | 114.1861 | 125.25 |
| S1-CWV-005 | Jamaica | 929-372-4955 / 516-35 | Sammy/Owne | 164-03 89th Ave, Jamaica, NY 11432 | 5 | 46-3984661 | TYKA000074 | 961875 | | 89 Deli & Grocery Inc | | cash payment | 500 | 114.1861 | 40 |
| S1-CWV-006 | | | | | | | TYKA000066 | | | | | machine stolen | | | |
| S1-CWV-007 | Westchester Ave | | Yuri | 987 Westchester Ave, Bronx, NY 10459 | 2 | 47-2313965 | TYKA000071 | | | Westchester Grocery Corp  Routing TD: 026013673  Acct: 4379534401 | | | 350 | 114.1861 | 40 |
| S1-CWV-008 | Tremont BX | 718-581-6848 | Ace | 660 E Tremont Ave, Bronx, NY 10457 | 2 | 47-2756625 | TYKA000067 | 964941 | | East Tremont Deli Grocery 1 Inc | | Ace | 700 | 114.1861 | 85.25 |
| S1-CWV-009 | Nostrand Lafayette | 718-581-6848 | Ace | 292 Nostrand Ave, Brooklyn, NY 11216 | 2 | 26-3690283 | TYKA000053 | | | G Line Deli Grocery Inc | | Ace | 700 | 114.1861 | 85.25 |
| S1-CWV-010 | Hicksville | | | 16 Newbridge Rd, Hicksville, NY 11801 | * | | TYKA000045 | | | | | | 350 | 114.1861 | 165.25 |
| S1-CWV-011 | New Lots | 718-513-6350 | Yuri | 719 New Lots Ave, Brooklyn, NY 11207 | 5 | 26-1151600 | TYKA000065 | | | New Lots Laundromat Inc. Routing BOA: 021000322  Acct: 483059124033 | | | 400 | 114.1861 | 85.25 |
| S1-CWV-012 | Inwood | 718-513-6350 | Abdulah | 630 W 207th St, New York, NY 10034 | 1 | 81-4474551 | TYKA000057 | | | Inwood Pack Grocery Corp. Routing TD Bank 026013673 Account: 4346879137 | | | 400 | 114.1861 | 125.25 |
| S1-CWV-013 | Astoria | 917-257-8611 | Halim | 21-22 36th Ave, Queens, NY 11106 | 1 | 81-1966726 | TYKA000079 | | | 2122 Deli Grocery Corp  Routing TD: 026013673  Acct: 4343810019 | | | 650 | 114.1861 | 85.25 |
| S1-CWV-014 | Broadway Myrtle | 718-581-6848 | Ace | 874 Broadway, Brooklyn, NY 11206 | 1 | | TYKA000046 | | | Qusai Deli Grocery Corp  Routing TD: 026013673  Acct: 4380189584 | | | 500 | 114.1861 | 125.25 |
| S1-CWV-015 | Remsen | 718-513-6350 | Yuri | 1214 Remsen Ave, Brooklyn, NY 11236 | 3 | 46-2637350 | TYKA000070 | | | Canarsie Grocery Inc. Routing chase: 021000021  Acct: 129370521 | | | 900 | 114.1861 | 205.25 |
| S1-CWV-016 | Nostrand Church | 917-557-7660 | Ace | 1452 Nostrand Ave, Brooklyn, NY 11226 | 3 | 81-2311112 | TYKA000075 | | | NY Big Deli 1 Corp - 2847 Church Ave | | Ace | 700 | 114.1861 | 210.5 |
| S1-CWV-017 | Flatbush | 718-513-6350 | Ace | 1851 Nostrand Ave, Brooklyn, NY 11226 | 3 | 82-2785270 | TYKA000181 | | | Big Apple E Smoke Shop  Routing: 021000089  Acct: 6780815143 | | | 625 | 114.1861 | 165.25 |
| S1-CWV-018 | Far Rockaway | 718-513-6350 | Yuri | 2150 Mott Ave, Far Rockaway, NY 11891-3214 | | 47-3592975 | TYKA000182 | | 23925206 | Sammy M Deli and Grocery Corp  Routing BoA: 021000322  Acct: 483059207219 | | | 350 | 114.1861 | 85.25 |
| S1-CWV-019 | Flatbush Junction | 718-513-6350 | Yuri | 2283 Nostrand Ave, Brooklyn, NY 11210 | 3 | 46-2000392 | TYKA000175 | 323260484 | | In & Out Convenience Corp  Routing chase: 021000089  Acct: 188106395 | | | 450 | 114.1861 | 165.25 |
| S1-CWV-020 | St Albans | 516-749-4554 | Mark | 168-19 Baisley Blvd, Jamaica, NY 11434 | | 45-3836642 | TYKA000185 | | | Laundry Center Rochdale Inc.  Routing chase: 021000021  Acct: 6797926341 | | | 500 | 114.1861 | 125.25 |
| S1-CWV-021 | Marcy Ave | 718-513-6350 | Ace | 545 Marcy Ave, Brooklyn, NY 11206 | 2 | 47-1314822 | TYKA000190 | | | SD4 Deli Grocery  Routing: 021000322  Acct: 483089066187 | | | 575 | 114.1861 | 45.25 |
| S1-CWV-022 | Uniondale | | Yuri | 327 Nassau Rd, Roosevelt, NY 11575 | * | | TYKA000197 | | | Entourage Convenience Store Inc - Routing: 221473652  Acct: 0009989077731 | | | 350 | 114.1861 | 165.25 |
| S1-CWV-023 | | 718-581-6848 | Ace | 3753 103rd Street, Flushing, NY 11368 | 5 | | TYKA000158 | | | | | | 500 | 114.1861 | 125.25 |
| S1-CWV-024 | Livonia | 718-581-6848 | Ace | 248 Livonia Ave, Brooklyn, NY 11212 | 3 | 47-5461730 | TYKA000170 | | | Liv Deli And Grocery Corp | | Ace | 700 | 114.1861 | 125.25 |
| S1-CWV-025 | Glenwood | 718-581-6848 | Ace | 103-21 Glenwood Road, Brooklyn, NY 11236 | 3 | 47-2471051 | TYKA000253 | | | Breukelen Food Corp - 10319 Glenwood Road | | Ace | 700 | 114.1861 | 40 |
| S1-CWV-026 | Willis Ave Laundry BX | 718-513-6350 | Yuri | 447 Willis Ave, Bronx, NY 10451 | 2 | 46-0906538 | TYKA000237 | | | Tenchodo Willis Corp  Routing: 026013673  Acct: 4357226880 | | | 400 | 114.1861 | 85.25 |
| S1-CWV-027 | SoHo/LES | 917-650-7269 | Ali | 83 Canal St, New York, NY 10012 | 5 | | TYKA000211 | 958828 | | Highline Deli II  Routing: 021201383  Acct: 000045066876 | | | 700 | 114.1861 | 165.25 |
| S1-CWV-028 | South Ozone Park | 718-513-6350 | Yuri | 11201 Rockaway Blvd, S Ozone Park, NY 1142 | 5 | 46-2192951 | TYKA000212 | | | Casino Gourmet Deli Corp. Routing chase: 021000021  Acct: 193573328 | | | 500 | 114.1861 | 45.25 |
| S1-CWV-029 | Ridgewood | 718-581-6848 | Ace | 6042 Myrtle Ave, Ridgewood, NY 11385 | 1 | | TYKA000205 | | | Volcano Vape & Convenience Shop  Routing Chase: 021000021  Acct: 637381572 | | | 450 | 114.1861 | 85.25 |
| S1-CWV-030 | | | | 235 Bushwick Ave, Brooklyn, NY 11206 | 1 | | TYKA000242 | | | 7 Seas Grocery Corp  Routing chase: 021202337  Acct: 199583508 | | | 500 | 114.1861 | 170.5 |
| S1-CWV-031 | Nostrand Fulton | 718-581-6848 | Ace | 548 Nostrand Ave, Brooklyn NY 11216 | 3 | 47-4981627 | TYKA000254 | | | MY Bus Stop Deli And Grocery Corp | | Ace | 700 | 114.1861 | 165.25 |
| S1-CWV-032 | Jamaica Estates | 718-581-6848 | Ace | 190-34 Jamaica Ave, Jamaica, NY 11423 | 5 | 81-1271529 | TYKA000252 | a12445 | | N&S 191 Food Corp | | Ace | 700 | 114.1861 | 80 |
| S1-CWV-033 | East Harlem | 718-581-6848 | Ace | 2054 Lexington Ave, New York, NY 10035 | 2 | 81-3131487 | TYKA000210 | 964675 | | | | Ace | 700 | 114.1861 | 130.5 |
| S1-CWV-034 | Euclid Ave BK | 718-581-6848 | Ace | 567 Euclid Ave, Brooklyn, NY 11208 | 5 | 46-2708162 | TYKA000209 | | | Cypress Hill Grocery Corp | | Ace | 700 | 114.1861 | 85.25 |
| S1-CWV-035 | New Rochelle | 718-581-6848 | Ace | 819 Main St, New Rochelle, NY 10801 | 2 | | TYKA000339 | 941579 | | Pitstop 819 Inc.  Routing TD: 026013673  Acct: 4338009429 | | | 650 | 114.1861 | 40 |
| S1-CWV-036 | Washington Heights | 718-581-6848 | Ace | 1408 St Nicholas Ave, New York, NY 10033 | 1 | 47-1293827 | TYKA000353 | | | 1408 Gourmet Deli Corp | | Ace | 700 | 114.1861 | 250.5 |
| S1-CWV-037 | Jamaica Sutphin | 718-581-6848 | Ace | 90-50 Sutphin Blvd, Jamaica, NY 11435 | 5 | 81-3264181 | TYKA000348 | 941621 | | Deboo Tobacco Shop Corp | | Ace | 700 | 114.1861 | 85.25 |
| S1-CWV-038 | Myrtle Ave | 718-581-6848 | Ace | 297A Myrtle Ave, Brooklyn, NY 11205 | 1 | 45-5445793 | TYKA000354 | A09608 | | Park Candy & Grocery Inc | | Ace | 700 | 114.1861 | 125.25 |
| S1-CWV-039 | Church 45th | 718-513-6350 | Yuri | 4501 Church Ave, Brooklyn, NY 11203 | 3 | 81-0967450 | TYKA000315 | | | Talal al Shaif  Routing: CapitalOne 031176110  Acct: 3024144452 | | | 525 | 114.1861 | 125.25 |
| S1-CWV-040 | Queens Village | 718-513-6350 | Yuri | 217-01 Jamaica Ave, Jamaica, NY 11428 | 5 | 47-5649806 | TYKA000661 | | | Asia Deli & Grocery Inc.  Routing Chase: 021000021  Acct: 702193738 | | | 500 | 114.1861 | 165.25 |
| S1-CWV-041 | Mount Vernon | 718-513-6350 | Yuri | 230 West Lincoln Ave, Mount Vernon, NY 1055 | 1 | | TYKA000656 | A12509 | | AA Express Mart Inc  Routing TD: 026013673  Acct: 4360452787 | | | 450 | 114.1861 | 45.25 |
| S1-CWV-042 | Amityville | 718-513-6350 | Yuri | 720 Broadway, Amityville, NY 11701 | * | 46-4182950 | TYKA000634 | | | Bao Min Li Laundromat Corp  Routing Chase 021000021  Acct: 530516595 | | | 350 | 114.1861 | 165.25 |
| S1-CWV-043 | Flatbush & 54 | 718-513-6350 | Yuri | 5401 Flatlands Ave, Brooklyn NY 11234 | 3 | 27-0623121 | TYKA000626 | | | Flatland Grocery Inc  Routing Chase 021000021  Acct: 231239606 | | | 500 | 114.1861 | 165.25 |
| S1-CWV-044 | Parkchester | 718-513-6350 | Yuri | 1500 Castle Hill Ave, Bronx, NY 10462 | 4 | 47-2838932 | TYKA000660 | | | American Gourmet Deli Grocery Inc.  Routing Chase 021000021  Acct: 782528272 | | | 400 | 114.1861 | 125.25 |
| S1-CWV-045 | Guy Brewer Rochdale | 718-513-6350 | Yuri | 137-42 Guy R Brewer Blvd, Queens, NY 11434 | 5 | 27-2623700 | TYKA000675 | A01301 | 23925147 | Bashir Famous Deli Corp | | cash payment | 500 | 114.1861 | 85.25 |
| S1-CWV-046 | Claremont Village | 718-513-6350 | Yuri | 3593 3rd Ave, Bronx, NY 10456 | 2 | 47-1037131 | TYKA000687 | | 23925148 | 24/7 King Deli Corp  Routing TD 026013673  Acct: 4367545965 | | | 450 | 114.1861 | 85.25 |
| S1-CWV-047 | Prospect Heights | 718-513-6350 | Yuri | 220 Rogers Ave, Brooklyn, NY 11225 | 3 | 27-0601395 | TYKA000709 | | 23925157 | Sakeer Deli and Grocery Corp  Routing TD 026013673  Acct: 4368926817 | | | 500 | 114.1861 | 125.25 |
| S1-CWV-048 | | | | | | | TYKA000588 | 346710141 spare | | | | | | | |
| S1-CWV-094 | Al Horno Hell's Kitchen | | | 417 West 47th Street, New York, NY 10036 | | | TYKA001189 | | | Al Horno Lean Mexican Kitchen | | | 400 | 114.1861 | |
| S1-CWV-095 | Centereach SpinZone | | | 2594 Middle Country Road, NY 11720 | * | | TYKA001487 | | | Laundry Center Li  Routing TD: 026013673  Acct: 4248817425 | | | 350 | 114.1861 | |
| S1-CWV-096 | Coney Island | | | 2226 Surf Ave, Brooklyn, NY 11224 | | | | | | Surf Grocery LLC  Routing Chase: 021000021  Acct: 756516107 | | | 500 | | |
| S1-CWV-097 | White Plains | | | 266 Central Ave, White Plains, NY 10606 | | | | | | White Plains Convenience  Routing Chase: 021000021  Acct: 761790653 | | | 450 | | |
| S1-CWV-098 | Jersey City | | | 551 Communipaw Avenue, Jersey City, NJ 0730 | NJ | | | | | Sijos Bodega LLC  Routing WF: 021200025  Acct: 8979032946 | | | 350 | | |
| S1-CWV-100 | Union City | | | 615 Paterson Plank Road, Union City, NJ | NJ | | | | | Easy Stop Shop LLC  Routing TD: 031201360  Acct: 4389156964 | | | 350 | | |
| S1-CWV-100 | Paterson | | | 1035 Main St, Paterson, NJ 07503 | NJ | | | | | Team Petroleum LLC.  Routing WF: 021200025  Acct: 7706388506 | | | 500 | | |
| S1-CWV-101 | Al Horno Bay Ridge | | | 9112 3rd Ave, Brooklyn, NY 11209 | | | | | | Mexican Health Management LLC | | | 375 | | |
| S1-CWV-102 | Bayonne | | | 410 John F. Kennedy Blvd, Bayonne, NJ 07002 | NJ | | | | | Edwar 1 Inc  Routing TD: 4358523441  Acct: 031201360 | | | 300 | | |
| S1-CWV-103 | Yonkers | | | 750 Yonkers Ave, Yonkers, NY 10704 | | | | | | Vibrant Star Inc  Routing Mahopac Bank: 021911398  Acct: 8320047366 | | | 450 | | |
| S1-CWV-104 | Washington Square | | | 317 6th Ave, New York, NY 10014 | | | | | | Nuren Enterprises  Routing Chase 021000021  Acct: 160812258 | | | 775 | | |
| S1-CWV-105 | Coney Island | | | 2827 Mermaid Ave, Brooklyn NY 11224 | | | | | | K&R Gourmet Deli Corp  Routing citi: 021000089  Acct: 6865592874 | | | 450 | | |
| S1-CWV-106 | East Villiage | | | 217 Ave A, New York, NY 10009 | | | | | | East Village Deli Inc  Routing Chase: 021000021  Acct: 368703671 | | | 750 | | |
| S1-CWV-107 | East Orange | | | 250 Central Ave, East Orange, NJ 07018 | NJ | | | | | I & J Auto Care Center Inc  Routing TD: 031201360  Acct: 4288558617 | | | 450 | | |
| S1-CWV-108 | Riverhead | | | 318 E Main St, Riverhead, NY 11901 | * | | | | | Jose Dominguez  Routing TD: 026013673  Acct: 4306611123 | | | 450 | | 11418.6 |
| S1-CWV-109 | Hampton Bays | | | 39 West Montauk Hwy, Hampton Bays, NY 1194 | * | | | | | Jose Dominguez  Routing TD: 026013673  Acct: 4306611123 | | | 450 | | |
| S1-CWV-110 | New York | | | 721 2nd Ave, New York, NY 10016 | | | | | | Danish Gourmet Inc  Routing Chase: 021000021  Acct: 856975060 | | | 450 | | |
| S1-CWV-111 | Shirley | | | 58 Surrey Cir, Shirley, NY 11967 | * | | | | | Jose Dominguez  Routing TD: 026013673  Acct: 4306611123 | | | 450 | | |
| S1-CWV-112 | Levittown | | | 44 Division Ave #46, Levittown, NY 11756 | * | | | | | La Fonda Del Chiquito Corp. Routing Chase: 021000021  Acct: 585551291 | | | 350 | | |
| S1-CWV-113 | Manhattan | | | 131 1st Ave, New York, NY 10003 | | | | | | Brooklyn Dumpling Shop 0220  Routing Chase: 021202337  Acct: 601962530 | | | 400 | | |
| S1-CWV-114 | Deer Park | | | 355 Bay Shore Rd, Deer Park, NY 11729 | * | | | | | Twins Petroleum Inc  Routing CapitalOne: 021407912  Acct: 7047091106 | | | 500 | | |
| S1-CWV-115 | Bronx | | | 5993 Broadway, Bronx, NY 10471 | | | | | | Van Cortlandt Gourmet Corp.  Routing: 021000322  Acct: 483084724372 | | | 500 | | |
| S1-CWV-116 | Brooklyn | | | 1032 Utica Ave, Brooklyn, NY 11203 | | | | | | Kirpa A1 Inc  Routing: 021000021  Acct: 735613777 | | | 575 | | |
| S1-CWV-117 | Coram | | | 16 Middle Country Rd, Coram, NY 11727 | * | | | | | Jose Dominguez  Routing TD: 026013673  Acct: 4306611123 | | | 450 | | |
| S1-CWV-118 | Philly | | | 6712 Castor Ave, Philadelphia, PA 19149 | L | | | | | Yuan Jing Zhu  Routing: 236075689  Acct: 9300540466 | | | 500 | | |
| S1-CWV-119 | Philly | | | 6825 Frankford Ave Philadelphia, PA 19135 | L | | | | | Yuan Q Zhu  Routing WF: 031000503  Acct: 1010172575795 | | | 500 | | |
| S1-CWV-120 | Trenton | | | 47 E State Street, Trenton, NJ 08608 | L | | | | | Trenton Tobacco Gift Shop Corp  Routing TD: 031201360  Acct: 4364124233 | | | 250 | | |
| S1-CWV-121 | Philly | | | 2520 Kensington Ave, Philadelphia, PA 19125 | L | | | | | Mohammad Al Baadani  TD: 026013673  Acct: 4351270198 | | | 500 | | |
| S1-CWV-122 | Philly | | | 640 South Street, Philadelphia, PA 19147 | L | | | | | Smokes and Beyond Inc  Routing WF: 031000503  Acct: 5759865610 | | | 500 | | |
| S1-CWV-123 | Philly | | | 8 S 52nd St, Philadelphia, PA 19139 | L | | | | | Wasam Deli Inc  Routing Citizens: 036076150  Acct: 6315301006 | | | 450 | | |
| S1-CWV-124 | Philly | | | 649 Foulkrod St, Philadelphia, PA 19120 | L | | | | | M Laundromat LLC  Routing Republic: 036002247  Acct: 1892274 | | | 500 | | |
| S1-CWV-125 | Philly | | | 2334 S 22nd St, Philadelphia, PA 19145 | L | | | | | Twenty Two Laundry LLC  Routing 031207940  Acct: 5300005898 | | | 500 | | |
| S1-CWV-126 | Philly | | | 2431 Castor Ave, Philadelphia, PA 19134 | L | | | | | K & E LLC  Routing: 031207940  Acct: 5000001445 | | | 500 | | |
| S1-CWV-127 | Philly | | | 210 Market St, Philadelphia, PA 19106 | L | | | | | Philly Smoke Land Inc  Routing WF: 031000503  Acct: 5759835738 | | | 500 | | |
| S1-CWV-128 | Bronx | | | 5191 Broadway, Bronx, NY 10463 | | | | | | Game Depot JR Corp  Routing BOA: 021000322  Acct: 483084624579 | | | 500 | | |
| S1-CWV-129 | Brighton Beach | | | 117 Brighton Beach Ave, Brooklyn, NY 11235 | | | | | | 117 Brighton Beach Bakery  Routing Investors: 221272031  Acct: 4599901469 | | | 500 | | |
| S1-CWV-130 | Hempstead | | | 142 N Franklin St, Hempstead, NY 11550 | | | | | | Los Olvidados Deli and Grocery Corp  Routing Chase: 021000021  Acct: 699112519 | | | 350 | | |
| S1-CWV-131 | Roselle Park | | | 413 East Westfield Ave, Roselle Park, NJ 07204 | NJ | | | | | Arora & Sons Corp  031201360  Acct: 4356862479 | | | 400 | | |
| S1-CWV-132 | Freeport | | | 292 N Main St, Freeport, NY 11520 | * | | | | | Ahmed D Gaafar  Routing TD 026013673  Acct: 4377629288 | | | 400 | | |
| S1-CWV-133 | Mamaroneck | | | 346 Mamaroneck Ave, Mamaroneck, NY 10543 | | | | | | Hazim H Hamarneh  Routing: 021000021  Acct: 833056450 | | | 300 | | |
| S1-CWV-134 | North Brunswick | | | 536 Shoppes Blvd, North Brunswick, NJ 08902 | NJ | | | | | V Create Bowl  Routing Chase 021000021  Acct: 582901606 | | | 450 | | |
| S1-CWV-135 | Copiague | | | 1002 Montauk Hwy, Copiague, NY 11726 | * | | | | | Venom Smoke Shop II Inc  Routing BoA: 021000322  Acct: 483076151953 | | | 350 | | |
| S1-CWV-136 | Commack | | | 6160 Jericho Turnpike, Commack, NY 11725 | * | | | | | Venom Smoke Shop II Inc  Routing BoA: 021000322  Acct: 483076151953 | | | 350 | | |
| S1-CWV-137 | Smithtown | | | 260 Smithtown Blvd, Smithtown, NY 11787 | * | | | | | Venom Smoke Shop II Inc  Routing BoA: 021000322  Acct: 483076151953 | | | 350 | | |
| S1-CWV-138 | Huntington Station | | | 217 Walt Whitman Rd, Huntington Station, NY 1 | * | | | | | Venom Smoke Shop II Inc  Routing BoA: 021000322  Acct: 483076151953 | | | 450 | | |
| S1-CWV-139 | Butler | | | 1155 NJ-23, Butler, NJ 07405 | L | | | | | Simply Mediterranean Platters Deli LLC  Routing WF: 021200025  Acct: 9278416301 | | | 375 | | |
| S1-CWV-140 | Bronx | | | 3236 Boston Rd, Bronx, NY 10469 | | | | | | New Prestige Laundry Inc  Routing: 021213371  Acct: 11090000693 | | | 500 | | |
| S1-CWV-141 | Ossining | | | 88 Croton Ave, Ossining, NY 10562 | L | | | | | Ossining Smoke Shop & CBD Corp  Routing: 026013673  Acct: 4378159573 | | | 400 | | |
| S1-CWV-142 | New Hartford | | | 54 Kellogg Rd, New Hartford, NY 13413 | L | | | | | SK Smoke Shop 2  Routing: 022000046  Acct: 9882103204 | | | 375 | | |
| S1-CWV-143 | Rome | | | 612 E Dominick St, Rome, NY 13440 | L | | | | | A & A Deli & Market Inc  Routing: 221371709  Acct: 1400717604 | | | 375 | | |
| S1-CWV-144 | Albany | | | 1351 Central Ave, Albany, NY 12205 | L | | | | | Central Avenue Energy Inc  Routing TD: 026013673  Acct: 7928520944 | | | 450 | | |
| S1-CWV-145 | Pleasant Valley | | | 1546 Main St, Pleasant Valley, NY 12569 | L | | | | | Pleasant Valley Gas and Smoke  Routing: 221979363  Acct: 12070000429312 | | | 400 | | |
| S1-CWV-146 | Chinatown | | | 140 Centre St, New York, NY 10013 | | | | | | Ibrahim M Alkaifi  Routing: 021000021  Acct: 958956278 | | | 650 | | |
| S1-CWV-147 | Utica | | | 1400 Kemble St, Utica, NY 13501 | L | | | | | Uticas Best Market Inc  Routing: 221380761  Acct: 10050001021538 | | | 425 | | |