**A.Y. STRAUSS LLC**
Eric H. Horn, Esq.
Heike M. Vogel, Esq.
James P. Mansfield, Esq.
101 Eisenhower Parkway, Suite 412
Roseland, New Jersey 07068
Tel. (973) 287-5006
Fax (973) 226-4104

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Cottonwood Vending LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-43027 (NHL) |

**"LAR DAN" DECLARATION OF ANIELLO ZAMPELLA IN SUPPORT OF APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(a) AND 328 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND <u>RETENTION OF A.Y. STRAUSS LLC AS COUNSEL FOR THE DEBTOR</u>**

Aniello Zampella, being duly sworn, states the following under penalty of perjury:

1. I own 100% of the equity owner of the Cottonwood Vending LLC, the debtor and debtor in possession herein (the "***Debtor***").

2. I submit this declaration in connection with the Debtor's application to retain A.Y. Strauss LLC (the "***Firm***") as counsel to the Debtor.

3. Prior to filing of this chapter 11 (the "***Petition Date***"), I gave the Firm a $76,738 retainer on behalf of the Debtor.

4. The Firm has advised me, and I acknowledge that, with regard to any matters which the Firm is engaged, or to be engaged, in the context of this Chapter 11 case, and to the extent that

the interest of the Debtor differs from my interests, that the Firm shall represent the Debtor only and not me.

5. I further acknowledge that the Firm owes a duty of undivided loyalty to the Debtor only. In that regard, I have been advised by the Debtor that if a conflict of interest should arise, that I would be required to retain independent counsel on behalf of myself in connection with this matter.

6. I have been advised, and fully understand, that the Firm will not represent me with respect to any potential claims that I may have against the Debtor.

7. The Firm has not previously represented, nor does it presently represent me personally.

8. Further, the Firm does not owe any money to myself, or any other business in which I own or control.

9. Additionally, I, nor any other business in which I own or control, do not owe any money to the Firm.

[remainder of page intentionally left blank]

DATED: September 26 2023

____________________________________
Aniello Zampella