UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

COTTONWOOD VENDING LLC,

               Debtor.

-------------------------------------------------------------------x

Chapter 11

Case No. 1-23-43027-nhl

# ROBERT TAYLOR'S JOINDER TO
## MOTION TO DISMISS BY ADAM SHERMAN

Robert Taylor ("Taylor") by and through his undersigned counsel respectfully submits this joinder ("Joinder") to Adam Sherman's Memorandum of Law in Support of Motion to Dismiss Chapter 11 Case (ECF Doc. No. 30) ("Sherman's Motion to Dismiss")[1] seeking entry of an order under section 1112(b) of title 11, United States Code ("Bankruptcy Code") dismissing the above-captioned chapter 11 case filed by Cottonwood Vending LLC ("Debtor").

## JOINDER

1. In the interests of efficiency, Taylor joins in their entirety and incorporates here all papers submitted by Adam Sherman in support of Sherman's Motion to Dismiss (ECF. No. 30) and by Jason Penner in support of Jason Penner's Joiner to Sherman's Motion to Dismiss ("Penner's Joiner") (ECF No. 31).

2. On February 22, 2022, Taylor individually and derivatively on behalf of Blue Tree Management LLC ("Blue Tree") commenced an action against Aniello Zampella, Chad Russo, Pierre Basmaji, and the Debtor as defendants, and Blue Tree as a nominal party, in the Supreme Court of the State of New York, County of New York, Index. No. 650845/2022.

3. Taylor brought breach of contract, unjust enrichment, and accounting claims

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Sherman Motion to Dismiss.

1

against Debtor and brought for breach of contract, breach of fiduciary duty, fraud, unjust enrichment, and accounting claims again Mr. Zampella — Debtor's managing member.

4. As explained in Sherman's Motion to Dismiss, and as supplemented in Penner's Joinder, Debtor filed this chapter 11 action in bad faith because Debtor has no assets to reorganize or liquidate. Rather Debtor is just trying to avoid the several state court actions filed against it.

5. For the reasons set forth in Sherman's Motion to Dismiss, and as supplemented in Penner's Joinder and here, Taylor respectfully requests that the Court dismiss this chapter 11 action for cause under Bankruptcy Code section 1112(b).

Dated: New York, New York
October 26, 2023

                                  **TUTTLE YICK LLP**

By: /s/ Gregory O. Tuttle
Gregory O. Tuttle
Alex Banzhaf
Alexa DePierro
352 Seventh Avenue, 14th Floor
New York, New York 10001
(646) 833-0300

*Attorneys for Creditor Robert Taylor*