UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**Cottonwood Vending, LLC**<br><br>    **Debtor.** | Chapter 11<br><br>Case No. 1-23-43027 (NHL) |

## ORDER CONVERTING CASE

Upon the motion of Creditor Adam Sherman, by his attorneys Sadis & Goldberg LLP to dismiss this case pursuant to 11 U.S.C. § 1112(b) [Docket No. 30] (the "Motion")[1]; and upon the Notice of Motion to Dismiss being proper; and upon the filing of Jason Penner's Joinder to Motion to Dismiss by Adam Sherman [Docket No. 31]; and upon the filing of Robert Taylor's Joinder to Motion to Dismiss by Adam Sherman [Docket No. 37]; and upon the filing of Debtor's Objection to Adam Sherman, Jason Penner, and Robert Taylor's Motion to Dismiss Chapter 11 Case [Docket No. 43]; and upon the filing of Jason Penner's Reply in Response to Debtor's Objection to Motion to Dismiss and Joinders Thereto, and in Further Support of his Joinder to Motion to Dismiss by Adam Sherman [Docket No. 44]; and good and sufficient notice of each of the foregoing having been provided and established; and the matter having come on to be heard on November 16, 2023, the transcript of which is incorporated herein by reference; and the Debtor's request for an evidentiary hearing having been denied; and Eric H. Horn, Esq. (Proposed Counsel for Debtor), Nazar Khodorovsky, Esq. (Attorney for the Office of the United States Trustee for Region 2), Jennifer Rossan, Esq. (Counsel for Creditor Adam Sherman), Sheryl P. Giugliano, Esq. (Counsel for Creditor Jason Penner), and Alex Banzhaf, Esq. (Counsel for Creditor Robert Taylor) appeared at the hearing; it is

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

1

ORDERED, that the above captioned case commenced under Chapter 11 of the Bankruptcy Code be and is hereby converted to a case under Chapter 7 pursuant to U.S.C. § 1112(b); and it is further

ORDERED, that the Debtor's Objection is overruled and, except as otherwise set forth herein, the Motion and all Joinders thereto are denied; and it is further

ORDERED, that the Debtor shall file (i) a schedule of unpaid debts incurred after the commencement of the Chapter 11 case not later than 14 days of the date of this Order, and (ii) a final report not later than 30 days of the date of this order, pursuant to Fed. R. Bankr. P. 1019(5).



Dated: November 22, 2023
Brooklyn, New York

Nancy Hershey Lord
**Nancy Hershey Lord**
**United States Bankruptcy Judge**