UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**Cottonwood Vending, LLC**<br><br>Debtor. | Chapter 7<br><br>Case No. 1-23-43027 (NHL) |

## ORDER DENYING MOTION FOR RECONSIDERATION

Upon the motion of Debtor Cottonwood Vending LLC, by the Proposed Counsel for the Debtor A. Y. Strauss LLC for Reconsideration of the Order Converting the Case Commenced Under Chapter 11 to Chapter 7 pursuant to 11 U.S.C. § 1112(b) [Docket No. 52] (the "Motion for Reconsideration")[1]; and upon the Notice of Motion for Reconsideration being proper; and upon the filing of Adam Sherman's Memorandum of Law in Opposition to the Motion for Reconsideration [Docket No. 58]; and upon the filing of Jason Penner's Objection to the Motion for Reconsideration [Docket No. 59]; and upon the filing of Robert Taylor's Memorandum of Law in Opposition to the Motion for Reconsideration [Docket No. 60]; and good and sufficient notice of each of the foregoing having been provided and established; and the matter having come on to be heard on January 9, 2024, at which Eric H. Horn, Esq. & Heike Vogel, Esq. (Counsel to Cottonwood Vending, LLC), Jennifer Amy Rossan, Esq. (Counsel to Adam Sherman), Nazar Khodorovsky, Esq. (Office of the United States Trustee), Robert Nosek, Esq. (Counsel to Richard J. McCord), and Sheryl P. Giugliano, Esq. (Counsel to Jason Penner), and the transcript of which is incorporated herein by reference; it is

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

1

ORDERED, that the Motion for Reconsideration is denied.

Dated: February 16, 2024
Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge