```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                              Chapter 7
Cottonwood Vending LLC,                                             Case No. 23-43027-nhl
                        Debtor.
---------------------------------------------------------------X
Adam Sherman, individually and derivatively on
behalf of Cottonwood Vending LLC,
                        Plaintiff,
-against-                                                           Adv. Pro. No. 23-1093-nhl

Cottonwood Vending LLC, Aniello Zampella, and
Coindado LLC,
                        Defendants.
---------------------------------------------------------------X
Jason Penner individually and derivatively on
behalf of Cottonwood Vending LLC,
                        Plaintiff,
-against-                                                           Adv. Pro. No. 24-1034-nhl

Cottonwood Vending LLC, Aniello Zampella, and
Coindado LLC,
                        Defendants.
---------------------------------------------------------------X
Secure Card Management LLC,
                        Plaintiff,
-against-                                                           Adv. Pro. No. 24-1037-nhl

Cottonwood Vending LLC and Aniello Zampella,
                        Defendants.
---------------------------------------------------------------X
```

## MEDIATION REFERRAL ORDER

WHEREAS, a hearing was held on May 9, 2024, at which Robert Nosek, Esq. (Counsel to Richard J. McCord - Trustee), Bradley J. Nash, Esq. and Sheryl P. Giugliano, Esq. (Counsel to Jason Penner), Jennifer Amy Rossan, Esq. (Counsel to Adam Sherman), Gerard R. Luckman, Esq. (Counsel to Aniello Zampella), Alexander Banzhaf, Esq. (Counsel to Robert Taylor), and Edward Elkin, Esq. (Counsel to Secure Card Management, LLC) appeared; and

WHEREAS, mediation is in the best interest of the Parties (defined below); and

WHEREAS, William C. Heuer, Esq. has agreed to serve as the mediator regarding the Matters;

NOW, THEREFORE, it is hereby

ORDERED, that pursuant to Rule 9019-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York, the following parties are referred to mediation with respect to the above-captioned adversary proceedings and Claim No. 5 filed against the estate of Cottonwood Vending LLC (together, the "Matters") whereby a neutral and impartial person will assist them in attempting to reach a mutually acceptable negotiated resolution of the disputes among them: (1) Adam Sherman; (2) Richard J. McCord, Esq. as chapter 7 trustee of the estate of Cottonwood Vending LLC; (3) Aniello Zampella; (4) Coindado LLC; (5) Jason Penner; (6) Secure Card Management LLC; and (7) Robert Taylor (together, the "Parties"); and it is further

ORDERED, that William C. Heuer, Esq. is hereby appointed and authorized to serve as the mediator, and the Parties shall submit a stipulation and mediation order (a proposed form of which is annexed hereto) to be so-ordered by this Court, which sets forth certain terms of the mediation; and it is further

ORDERED, that the Parties shall each be responsible for 1/7 of the cost of the mediation, provided, however, that the estate's payment shall not be due until such time that there are sufficient assets in the estate and, in the event that the estate does not yield sufficient assets, the estate's share of the mediation cost shall be divided equally amongst the remaining parties; and it is further

ORDERED, that an individual with final authority to settle the Matters and to bind each of the Parties shall attend the mediation on behalf of each party.

Dated: June 12, 2024
Brooklyn, New York



_____
Nancy Hershey Lord
**United States Bankruptcy Judge**