# Exhibit B

# Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

COTTONWOOD VENDING LLC,

Debtor.

Case No. 23-43027-NHL

Chapter 7

## ORDER GRANTING ANIELLO ZAMPELLA'S OBJECTION TO PROOF OF CLAIM NO. 5 FILED BY ROBERT TAYLOR

Upon party in interest Aniello Zampella's Objection To Proof of Claim No. 5 Filed by Robert Taylor, dated October 22, 2024 (the "**Objection**"), seeking the entry of an order disallowing the claim filed by Robert Taylor which has been designated claim no. 5 on the Debtor's claims register (the "**Claim**"); and upon the declaration of Aniello Zampella dated October 22, 2024, filed in further support of the Objection (the "**Zampella Declaration**"); and a hearing on the Objection having been held before the Honorable Nancy H. Lord, United States Bankruptcy Judge for the Eastern District of New York on December 4, 2024 (the "**Hearing**"), the transcript of which is incorporated herein by reference; and due and proper notice of the Objection and the Hearing having been given to the Claimant in accordance with Rule 3007(a) of the Federal Rules of Bankruptcy Procedure; and upon the Affidavit of Service of the Objection on file with the Court; and due and proper notice of the Zampella Declaration having been given; and Zampella having appeared at the Hearing in support of the Objection, by and through his attorneys; and all objections and responses to the Objection having been resolved or overruled; and it appearing that no further notice need be given or required; and after due deliberation and sufficient cause appearing for the relief requested, it is hereby

**ORDERED,** that the relief requested in the Objection is granted to the extent provided for herein; and, it is further

**ORDERED**, that the Claim is disallowed in its entirety; and, it is further

**ORDERED**, that the Debtor is hereby authorized to do such things, expend such funds and execute such documents as to effectuate the terms and conditions of this Order.

###