> YOU ARE RECEIVING THE ENCLOSED DOCUMENTS BECAUSE PARTY IN INTEREST ANIELLO ZAMPELLA IS OBJECTING TO YOUR PROOF OF CLAIM FOR THE REASONS DESCRIBED IN THE ENCLOSED OBJECTION. YOU ARE NOT REQUIRED TO RESPOND TO THE OBJECTION, BUT IF YOU DO NOT RESPOND, YOUR CLAIM MAY BE DISALLOWED AS PROVIDED THEREIN. YOU SHOULD CONSIDER CONSULTING WITH AN ATTORNEY REGARDING THE OBJECTION AND YOUR RIGHTS.

**Hearing Date: December 4, 2024, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: November 28, 2024, at 4:00 p.m. (prevailing Eastern Time)**

**FORCHELLI DEEGAN TERRANA LLP**
Gerard R. Luckman
333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
(516) 248-1700

– and –

Ievgeniia P. Vatrenko, Esq.
2 Northside Piers
Brooklyn, New York 11249
(718) 451-6384

*Co-counsel to Party in Interest Aniello Zampella*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>COTTONWOOD VENDING LLC,<br><br>                          Debtor. | Case No. 23-43027-NHL<br><br>Chapter 7 |

**NOTICE OF HEARING ON PARTY IN INTEREST**
**ANIELLO ZAMPELLA'S OBJECTION TO**
**PROOF OF CLAIM NO. 5 FILED BY ROBERT TAYLOR**

**PLEASE TAKE NOTICE** that on August 24, 2023 (the "Petition Date"), Cottonwood Vending LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"). On November

16, 2023, the Bankruptcy Court converted the Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code and appointed Richard J. McCord as trustee for the Debtor (the "Trustee").

**PLEASE TAKE FURTHER NOTICE**, that on **December 4, 2024, at 10:00 a.m., prevailing Eastern Time,** or as soon thereafter as counsel can be heard, a hearing (the "Hearing") will be held before the Honorable Judge Nancy H. Lord, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, on the objection (the "Objection") of the Party in Interest Aniello Zampella ("Zampella") seeking entry of an order, disallowing Proof of Claim No. 5, filed by Robert Taylor. A copy of the Objection, supporting declaration of Aniello Zampella, and all exhibits are enclosed with this Notice.

**PLEASE TAKE FURTHER NOTICE** that the that the Hearing will be held by teleconference conducted via Webex. All parties in interest, their attorneys, and witnesses must attend the Hearing by teleconference via Webex. Parties wishing to appear at the Hearing via Webex, whether making a "live" or "listen only" appearance before the Court, must register through eCourt Appearances using the instructions on the Bankruptcy Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl. A link will be provided by email to all parties that wish to participate 48 hours prior to the Hearing upon the party's registration with eCourt Appearances. Further information can be found at the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl.

**PLEASE TAKE FURTHER NOTICE**, that any responses to the relief requested in the Objection shall: (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of New York, and all General Orders applicable to Chapter 7 cases in the United States Bankruptcy Court for the Eastern District of New York; (c) be filed electronically with the Bankruptcy Court on the docket of *In re Cottonwood Vending LLC*,

No. 23-43027-NHL by registered users of the Court's electronic filing system; and (d) be personally served by **November 28, 2024, at 4:00 p.m., prevailing Eastern Time** (the "Response Deadline") on: (i) attorneys for party in interest Aniello Zampella, Forchelli Deegan Terrana LLP, 333 Earle Ovington Blvd, Suite 1010, Uniondale, New York 11553 (Attn: Gerard R. Luckman) and Ievgeniia P. Vatrenko, Esq., 2 Northside Piers, Brooklyn, New York 11249; (ii) attorneys for the Trustee, Certilman Balin Adler & Hyman LLP, 90 Merrick Avenue, East Meadow, NY 11554 (Attn: Robert Nosek); and (iii) the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004-1408 (Attn: Nazar Khodorovsky). The responsive papers should indicate the entity submitting the response, the nature of the response, and the basis of the response.

**PLEASE TAKE FURTHER NOTICE** that only those responses that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely response by the Response Deadline may result in entry of a final order sustaining the Objection.

Dated: Brooklyn, New York
October 22, 2024

*s/ Ievgeniia P. Vatrenko*
Ievgeniia P. Vatrenko, Esq.
2 Northside Piers
Brooklyn, New York 11249
Tel. No. (718) 451-6384
jenny@vatrenkoesq.com

– and –

**FORCHELLI DEEGAN TERRANA LLP**
Gerard R. Luckman
333 Earle Ovington Blvd, Suite 1010
Uniondale, New York 11553
Tel. No. (516) 248-1700
gluckman@forchellilaw.com

*Co-counsel to Party in Interest
Aniello Zampella*