Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
- and -
Gregory O. Tuttle
Alex Banzhaf
Alexa DePierro
Tuttle Yick LLP
352 Seventh Avenue
14th Floor
New York, NY 10001
(646) 833-0300
gtuttle@tuttleyick.com
abanzhaf@tuttleyick.com
adepierro@tuttleyick.com
Attorneys for Creditor Robert Taylor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> COTTONWOOD VENDING LLC, <br><br> Debtor. | Case No. 23-43027-nhl <br><br> Chapter 7 |

### NOTICE OF CROSS-MOTION OF CREDITOR ROBERT TAYLOR TO ABSTAIN FROM HEARING OBJECTION OF EQUITY SECURITY HOLDER ANIELLO ZAMPELLA TO CLAIM #5 AND FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT RESOLUTION OF UNDERLYING LITIGATION ON WHICH THE CLAIM IS BASED IN STATE COURT

PLEASE TAKE NOTICE, a hearing will be held before the Honorable Nancy H. Lord, United States Bankruptcy Judge, on December 4, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, on the cross-motion of creditor Robert Taylor ("Taylor") to abstain from hearing the objection (ECF #99) of equity security holder Aniello Zampella to Claim #5 filed by Taylor, pursuant to 28 U.S.C. § 1331(c), and for relief from the automatic stay, pursuant to 11

U.S.C. § 362(d)(1), to permit resolution of the underlying litigation on which Claim #5 is based (Robert Taylor v. Aniello Zampella et al, Sup. Ct. N.Y. Co. Index 650845/2022) in state court. The grounds for said relief are set forth in Taylor's accompanying (ECF #105) response to the claim objection and cross-motion.

PLEASE TAKE FURTHER NOTICE, the hearing will be conducted by teleconference conducted via Webex. Parties wishing to appear at the hearing via Webex, whether making a "live" or "listen only" appearance, must register using the eCourt Appearances tool. Registration instructions can be found here. A link will be provided by email to all parties that wish to participate forty-eight hours prior to the hearing to all parties that have registered.

PLEASE TAKE FURTHER NOTICE, answering papers must be filed at least seven days before the hearing.

Dated: New York, NY
       November 19, 2024

Amini LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
asamet@aminillc.com
jchubak@aminillc.com
(212) 490-4700
- and -
Gregory O. Tuttle
Alex Banzhaf
Alexa DePierro
Tuttle Yick LLP
352 Seventh Avenue
14th Floor
New York, NY 10001
(646) 833-0300
gtuttle@tuttleyick.com
abanzhaf@tuttleyick.com
adepierro@tuttleyick.com
Attorneys for Creditor Robert Taylor