**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 23-43027-nhl |
| | Chapter 7 |
| COTTONWOOD VENDING LLC, | **CERTIFICATE OF SERVICE** |
| | Re: ECF #105, #106 |
| Debtor. | |

In accordance with E.D.N.Y. LBR 9013-1(e), I, Mirannda Silveira, hereby certify:

1. I am over 18 years of age, am not a party to this case and am a paralegal at Amini LLC, co-counsel for Robert Taylor.

2. On November 18, 2024, I caused the following documents to be served by CM/ECF on the persons listed on the attached Notice of Electronic Filing:

- Response of Creditor Robert Taylor to Equity Security Holder Aniello Zampella's Objection to Claim #5 and Cross-Motion to Abstain from Hearing Claim Objection and for Relief from the Automatic Stay to Permit Resolution of Underlying Litigation on Which the Claim is Based in State Court (#105) together with the accompanying Proposed Order (#105-1); and

- Notice of Cross-Motion of Creditor Robert Taylor to Abstain from Hearing Objection to Equity Security Holder Aniello Zampella to Claim #5 and for Relief from the Automatic Stay to Permit Resolution of the Underlying Litigation on Which the Claim is Based in State Court (#106).

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2024.

*Mirannda Silveira*
Mirannda Silveira

**File an answer to a motion:**

1-23-43027-nhl Cottonwood Vending LLC **Converted** 11/22/2023

**U.S. Bankruptcy Court**

**Eastern District of New York**

Notice of Electronic Filing

The following transaction was received from Jeffrey Chubak entered on 11/19/2024 at 1:27 PM EST and filed on 11/19/2024
**Case Name:**           Cottonwood Vending LLC
**Case Number:**         1-23-43027-nhl
**Document Number:** 105

**Docket Text:**
Response *to Aniello Zampella's Objection to Claim #5 and Cross-Motion to Abstain from Hearing Claim Objection and for Relief from the Automatic Stay to Permit Resolution of Underlying Litigation of which the Claim is Based in State Court* Filed by Jeffrey Chubak on behalf of Robert Taylor (RE: related document(s)[99] Motion to Object/Reclassify/Reduce/Expunge Claims filed by Creditor Aniello Zampella) (Attachments: # (1) Proposed Order) (Chubak, Jeffrey)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Response to Claim Objection_Final[76].pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=979333796 [Date=11/19/2024] [FileNumber=27043167-0] [abaff9c1b5d1d31349a97c83e88d8a2eb37e52424e39cb5f3a14363ac027d54d93 63fd797f13585094dbb924f3acbba30ab985d81bfa3c577f97ec89b8b5fcb6]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\Proposed Order_Final[77].pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=979333796 [Date=11/19/2024] [FileNumber=27043167-1] [c9ae691f5159b9dc8f96e769f26f3a0166dc55ad820d5a99fc32885ebc8121fd23 c231526efd86bc5b65e7fc38e38ca4c79abeb50db8123f5783c6aa6322d134]]

**1-23-43027-nhl Notice will be electronically mailed to:**

Alexander Banzhaf on behalf of Creditor Robert Taylor
abanzhaf@tuttleyick.com

Jeffrey Chubak on behalf of Creditor Robert Taylor
jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Alexa Elizabeth DePierro on behalf of Creditor Robert Taylor
adepierro@tuttleyick.com

Edward Elkin on behalf of Creditor Secure Card Management LLC
eddieelkin@aol.com

Sheryl P Giugliano on behalf of Creditor Jason Penner
sgiugliano@rmfpc.com, samiel@rmfpc.com;smcgrath@rmfpc.com

Sheryl P Giugliano on behalf of Plaintiff Jason Penner individually and derivatively on behalf of Cottonwood Vending LLC
sgiugliano@rmfpc.com, samiel@rmfpc.com;smcgrath@rmfpc.com

William C Heuer on behalf of Mediator William C. Heuer, Esq., As Mediator
wheuer@westermanllp.com

William C Heuer on behalf of Mediator William C Heuer
wheuer@westermanllp.com

Douglas Hirsch on behalf of Creditor Adam Sherman
dhirsch@sglawyers.com

Eric H Horn on behalf of Defendant Cottonwood Vending LLC
ehorn@aystrauss.com

Daniel J Kaiser on behalf of Plaintiff Cottonwood Vending LLC
kaiser@ksmlaw.com

Gerard R Luckman on behalf of Creditor Aniello Zampella
GLuckman@Forchellilaw.com, GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com

Richard J McCord on behalf of Trustee Richard J. McCord
rmccord@certilmanbalin.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certilmanbalin.com

Richard J. McCord
rmccord@cbah.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com

Richard J. McCord on behalf of Trustee Richard J. McCord
rmccord@cbah.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com

Bradley J. Nash on behalf of Creditor Jason Penner
bnash@hnrklaw.com

Bradley J. Nash on behalf of Plaintiff Jason Penner individually and derivatively on behalf of Cottonwood Vending LLC
bnash@hnrklaw.com

Robert Nosek on behalf of Attorney Richard J McCord
rnosek@certilmanbalin.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Robert Nosek on behalf of Defendant Richard J. McCord, Chapter 7 Trustee for the Estate of Cottonwood Vending LLC
rnosek@certilmanbalin.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Robert Nosek on behalf of Defendant Richard McCord, Chapter 7 Trustee for the Estate of Cottonwood Vending, LLC
rnosek@certilmanbalin.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Robert Nosek on behalf of Trustee Richard J. McCord
rnosek@certilmanbalin.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

Paul Rachmuth on behalf of Debtor Cottonwood Vending LLC
paul@paresq.com

Eli Bard Richlin on behalf of Interested Party DigitalOcean LLC
erichlin@wsgr.com

Jennifer Amy Rossan on behalf of Creditor Adam Sherman
jrossan@sadis.com

Jennifer Amy Rossan on behalf of Plaintiff Jason Penner individually and derivatively on behalf of Cottonwood Vending LLC
jrossan@sadis.com

Jennifer Amy Rossan on behalf of Plaintiff Secure Card Management LLC
jrossan@sadis.com

Jennifer Amy Rossan on behalf of Plaintiff Adam Sherman
jrossan@sadis.com

Gregory Tuttle on behalf of Creditor Robert Taylor
gtuttle@tuttleyick.com

Ievgeniia Vatrenko on behalf of Creditor Aniello Zampella
jenny@vatrenkoesq.com

Ievgeniia Vatrenko on behalf of Defendant Coindado LLC
jenny@vatrenkoesq.com

Ievgeniia Vatrenko on behalf of Defendant Cottonwood Vending LLC
jenny@vatrenkoesq.com

Ievgeniia Vatrenko on behalf of Defendant Aniello Zampella

jenny@vatrenkoesq.com

**1-23-43027-nhl Notice will not be electronically mailed to:**

Certilman Balin Adler & Hyman, LLP on behalf of Trustee Richard J. McCord
90 Merrick Avenue
East Meadow, NY 11554

Edward Elkin on behalf of Plaintiff Secure Card Management LLC
Law Offices of Edward Elkin
333 E 38th Street
12th FLoor
New York, NY 10016